# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. DARYL JOHNSON, Defendant(s) | **HEARING MINUTES** Sealed: No | |
| | Case No.: | 1:21-mj-133-MAR |
| | Presiding Judge: | Mark A. Roberts, Magistrate |
| | Deputy Clerk: | Paul Coberly |
| | Official Court Record: | FTR Gold    Contract? -- |
| | Contact Information: | -- |

| Date: | 6/11/2021 | Start: | 3:21 PM | Adjourn: | 3:43 PM | Courtroom: | 4 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Anthony Morfitt | | | | | | |
| | Defendant(s): | AFPD Heather R. Quick (Defendant appears personally) | | | | | | |
| | U.S. Probation: | Kristin Hinz | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | |
|---|---|---|---|---|---|
| | | Contested? | No | Continued from a previous date? | No |
| | Date of indictment: | -- | | | |
| | Was defendant *Mirandized*? | Yes | | | |
| | Defendant pleaded | -- | | | |
| | Counsel: | Retained | X | Appointed (FPD or CJA Panel): | FPD: Heather R. Quick |
| | Stipulation to discovery plan? | -- | Did defendant provide financial affidavit? | No | |
| | Did the government move for detention? | No | Was the defendant detained? | No | |
| | Identity hearing: | -- | | | |
| | Preliminary hearing: | Waived; right reserved to request a preliminary hearing in the District of Columbia | | | |
| | Detention hearing: | -- | | | |
| | **Witness/Exhibit List is** | -- | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Case arises out of the District of Columbia, case number 21-mj-462. |
|---|---|
| | Defendant does not request the court appoint an attorney. Ms. Quick will remain as counsel for purposes of this hearing. |
| | Court advises the defendant of his right to prosecution by indictment. |
| | Oral motion toll the speedy trial act from today until June 17, 2021 by Mr. Morfitt. Objection by Ms. Quick. Court will take the motion under advisement. Mr. Morfitt to discuss this issue with defendant's retained counsel. |
| | Defendant released under the terms/conditions of the court's release order. |

Page **1** of **1**